IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Giertz, Aaron Louis | Case Number: 06 B 07874 |
|---|---|---|
| | Di Salvo-Gietz, Roseanne P | Judge: Goldgar, A. Benjamin |
| | Printed: 4/22/08 | Filed: 7/5/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: March 11, 2008
Confirmed: August 22, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 23,815.83 | |
| Secured: | | 21,394.97 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,200.00 |
| Trustee Fee: | | 1,220.86 |
| Other Funds: | | 0.00 |
| Totals: | 23,815.83 | 23,815.83 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Leeders & Associates LTD | Administrative | 1,200.00 | 1,200.00 |
| 2. | Bank Of America | Secured | 0.00 | 0.00 |
| 3. | HSBC Mortgage Corp | Secured | 0.00 | 0.00 |
| 4. | Matco Tools | Secured | 2,235.58 | 1,000.22 |
| 5. | Snap-On Credit LLC | Secured | 836.83 | 387.20 |
| 6. | American General Finance | Secured | 3,367.12 | 1,561.15 |
| 7. | Bank Of America | Secured | 20,839.82 | 7,698.26 |
| 8. | HSBC Mortgage Corp | Secured | 22,130.23 | 10,748.14 |
| 9. | RoundUp Funding LLC | Unsecured | 376.80 | 0.00 |
| 10. | Matco Tools | Unsecured | 2,627.73 | 0.00 |
| 11. | National Capital Management | Unsecured | 3,646.25 | 0.00 |
| 12. | Higher Education Student Assistance | Unsecured | 14,449.53 | 0.00 |
| 13. | Verizon Wireless | Unsecured | 753.33 | 0.00 |
| 14. | Snap-On Credit LLC | Unsecured | 3,433.93 | 0.00 |
| 15. | Portfolio Recovery Associates | Unsecured | 600.79 | 0.00 |
| 16. | Sallie Mae | Unsecured | 4,351.09 | 0.00 |
| 17. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 18. | Armor System Corporation | Unsecured | | No Claim Filed |
| 19. | JC Penney Corporation Inc | Unsecured | | No Claim Filed |
| 20. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 21. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 22. | Citibank | Unsecured | | No Claim Filed |
| 23. | JC Penney Corporation Inc | Unsecured | | No Claim Filed |
| 24. | Nicor Gas | Unsecured | | No Claim Filed |
| 25. | JC Penney Corporation Inc | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Giertz, Aaron Louis | Case Number: 06 B 07874 |
|---|---|---|
| | Di Salvo-Gietz, Roseanne P | Judge: Goldgar, A. Benjamin |
| | Printed: 4/22/08 | Filed: 7/5/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Orkin | Unsecured | | No Claim Filed |
| 27. | Target | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 80,849.03 | $ 22,594.97 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 6.95 |
| 4.8% | 516.51 |
| 5.4% | 697.40 |
| | _____ |
| | $ 1,220.86 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

